IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS, ) Plaintiff, ) vs. ) V. SANCHEZ, et al., ) Defendants. ) | 1:06-CV-00711-OWW-LJO-P<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

 1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

 2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee

for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     July 11, 2006**                                **/s/ Lawrence J. O'Neill**
b6edp0                                                UNITED STATES MAGISTRATE JUDGE