UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMS, | 1:06-cv-00711-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 5) |
| vs. | **ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** (Doc. 4) |
| SANCHEZ, et al., | |
| Defendants. | **ORDER REQUIRING PLAINTIFF TO PAY FILING FEE** |

    Demond Mims ("Plaintiff"), an inmate currently incarcerated at Corcoran State Prison, Corcoran, California, is a state prisoner proceeding pro se in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 22, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 22, 2006, are ADOPTED IN FULL;

2. Plaintiff's Application to Proceed In Forma Pauperis is DENIED; and,

3. Plaintiff tender the filing fee of $350.00 within ten (10) days from the date of service of this Order.

IT IS SO ORDERED.

**Dated:   October 3, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE